FILED
U.S. DISTRICT COURT
24-HOUR DEPOSITORY

## APPENDIX E-1, USDCNH-102, COMPLAINT FORM

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Steven P. Bureau
Norman T. Bureau

Plaintiff(s)

COMPLAINT

Nashua Police Department
Officer Richard Debarros
Officer Adam Fisher

Defendant(s)

### Parties to this Complaint:

Plaintiff(s)'s Name, Address, and Phone Number

Steven P. Bureau
P.O. Box 551
Merrimack NH 03054
603-661-1690

Norman Bureau
5 Christopher Rd
Merrimack, NH 03054
603-429-0515

-42-

Defendant(s)'s Name, Address, and Phone Number

Nashua Police Department, Off. Richard Debarros, off. Adam Fisher,
1 Panther Drive; P.O. Box 785
Nashua, NH 03061

**Jurisdiction and Venue:**
(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Add additional sheets as necessary.)

I am bringing this complaint to the United States District Court, Concord for civil rights violations under 1983 and deprivation of rights under 242.

**Statement of Claim:**
(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Add additional sheets as necessary.)

As I pulled into the Hampton Inn Nashua, a Nashua Marked cruiser pulled in behind me as I pulled into a parking spot. Officer Debarros approached my vehicle and stated I had a headlight out.

At this time, another officer pulled in to the Hampton Inn Nashua.

Off. Debarros went to speak with Off. Fisher. I called my father and told him where I was and I was being harrassed again by police. After about fifteen minutes of the police looking around my vehicle, I was arrested on a false charge. The prosecutor Nolle Prosequi the charge and the charge has been expunged.

I was unlawfully arrested on false charges and my truck was unlawfully seized.

I locked my keys in my truck and my father was on his way to pick it up. When my father unlocked my truck and was in the driver's seat, Officer Fisher demanded my father to get out of the truck. My father told officer Fisher he was taking the truck. Officer Fisher threatened to arrest my father if he did not get out of the truck. When my father started asking questions, office Fisher threatened to arrest him for interferring.

-44-

**Relief Requested from the Court:**
(State briefly exactly what you want the court to do for you. Add additional sheets as necessary.)

I want this court to accept this case. My Father and I would like the Officers and the Nashua Police Department held accountable for their actions.
My Father and I would ask of this court to Order Defendants to Compensate Plaintiffs for having their rights violated, deprived of rights and the cost of the towing fee. Furthermore, Plaintiffs ask for reasonable Attorney's Fees

## Jury Demand:

☒ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☐ Check this box you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

_7/23/2020_  
Date

_[signature]_  
Signature of Plaintiff

_7/23/2020_

_[signature]_