DISTRICT OF NH
FILED

2020 JUL 23 P 9 31

24 HOUR DEPOSITORY