UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

FILED 2/8/21 @ 10:33 pm

U.S. DISTRICT COURT
24-HOUR DEPOSITORY

Steven P. Bureau, et al.
Plaintiff(s)

v.

Nashua Police Dept., et al.
Defendant(s)

Case No. 20-cv-800-PB

MOTION ~~TO~~/FOR  30 day Extension
(enter title of motion)

1) Due to conflicting schedules, weather, on going events and other circumstances beyond my control, I have not had a chance to meet with Norman Bureau.

2) Please grant a 30 day extension, so that I may meet with Norman Bureau, so that I may file a more detailed amended complaint, as to the events experienced by Norman Bureau.

Enter text of motion using numbered paragraphs (explain what you want the court to do). The field will expand as you type.

Date: Feb. 8, 2021

_[signature]_ "Pro Se"
Signature

MEMORANDUM OF LAW

Pursuant to LR 7.1(a)(2), every motion shall be accompanied by a memorandum with citations to supporting authorities or a statement explaining why a memorandum is unnecessary.

☐ I have attached a supporting memorandum of law to this motion.

☒ I have NOT attached a memorandum of law because none is required (explain your reasoning below).

USDCNH-101 (Rev. 2/26/13)

Page 1 of 2

## CONCURRENCES SOUGHT

Pursuant to LR 7.1(c), any party filing a motion other than a dispositive motion (a dispositive motion seeks an order disposing of one or more claims in favor of the moving party, for example, a motion to dismiss or a motion for summary judgment) shall certify to the court that a good faith attempt has been made to obtain concurrence/agreement in the relief sought. If concurrence is obtained, the moving party shall so note.

I certify the following (choose one):

☐ All parties have assented/agreed to this motion.

☐ I made a good faith attempt, but was unable to successfully obtain concurrence/agreement from all parties.

☒ I have NOT attempted to obtain concurrence/agreement because it is not required.

## CERTIFICATE OF SERVICE

I hereby certify that this motion was served on the following persons on the date and in the manner specified below:

Person(s) served electronically (via ECF):

Person(s) served by mail. Please include address(es):

Person(s) served by hand:

Date of Service: _____

Signature: _Steven P. Bureau "Pro Se"_

Name: Steven P. Bureau "Pro Se"

Legal Address: 2 Thornton Rd West

Mailing Address: P.O. Box 551 Merrimack, NH 03054

Phone: 603-661-1690

Email: ____

USDCNH-101 (Rev. 2/26/13)

DISTRICT OF NH

2021 FEB -8 P 10: 33

2⸱         OSITORY