UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Steven P. Bureau

    v.

Norman T. Bureau

Case No. 20-cv-00800-PB

JUDGMENT

In accordance with the Order by Judge Paul Barbadoro dated October 25, 2021, approving the Report and Recommendation by Magistrate Judge Andrea K. Johnstone dated September 7, 2021, judgment is hereby entered.

By the Court:

_____
Daniel J. Lynch
Clerk of Court

Date: October 25, 2021

cc: Steven P. Bureau, pro se
    Norman T. Bureau, pro se